FILED
BILLINGS DIV.
2011 AUG 12 AM 11 30
PATRICK E. DUFFY, CLERK
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 06-146-BLG-RFC |
| | ) | CV 11-86-BLG-RFC |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING MOTION AND |
| | ) | DENYING CERTIFICATE OF |
| MATT FROST, | ) | APPEALABILITY |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

On August 11, 2011, Defendant/Movant Matt Frost filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Frost is a federal prisoner proceeding pro se.

The motion is Frost's second under § 2255. *See* Mot. § 2255 (doc. 70). His first motion, along with a certificate of appealability, was denied on August 4, 2010. Order (doc. 74). Frost did not appeal.

This Court lacks jurisdiction to consider a second motion. 28 U.S.C. § 2255(h); *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam). Because

ORDER DISMISSING MOTION AND DENYING
CERTIFICATE OF APPEALABILITY / PAGE 1

dismissal is imperative, a certificate of appealability is not warranted. Because Frost's motion is frivolous and untimely, transfer to the Court of Appeals is not in the interest of justice. 28 U.S.C. §§ 1631, 2255(f).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Frost's second § 2255 motion (doc. 75) is DISMISSED for lack of jurisdiction.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to enter, by separate document, a judgment of dismissal in the civil case.

DATED this 12th day of August, 2011.

Richard F. Cebull, Chief Judge
United States District Court