IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
JUL 3 1 2012
PATRICK E. DUFFY CLERK
BY_____
Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 06-146-BLG-RFC |
| | CV 12-94-BLG-RFC |
| Plaintiff/Respondent, | |
| vs. | ORDER DISMISSING MOTION AND |
| | DENYING CERTIFICATE OF |
| MATT FROST, | APPEALABILITY |
| Defendant/Movant. | |

On July 30, 2012, Defendant/Movant Matt Frost filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Frost is a federal prisoner proceeding pro se.

The motion is Frost's third under § 2255. *See* Mots. § 2255 (docs. 70, 75). His first motion, along with a certificate of appealability, was denied on August 4, 2010. Order (doc. 74). The second, along with a certificate of appealability, was denied on August 12, 2010. Order (doc. 76). Frost did not appeal either determination.

This Court lacks jurisdiction to consider a second motion. 28 U.S.C. §

ORDER DISMISSING MOTION AND DENYING
CERTIFICATE OF APPEALABILITY / PAGE 1

2255(h); *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam). Because dismissal is imperative, a certificate of appealability is not warranted. Because Frost's motion is frivolous and untimely, transfer to the Court of Appeals is not in the interest of justice. 28 U.S.C. §§ 1631, 2255(f).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Frost's third § 2255 motion (doc. 77) is DISMISSED for lack of jurisdiction.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to enter, by separate document, a judgment of dismissal in the civil case.

DATED this 31st day of July, 2012.

Richard F. Cebull, Chief Judge
United States District Court