IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV - 8 2017
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 06-146-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MATT FROST, | |
| Defendant. | |

IT IS HEREBY ORDERED that U.S. Probation Officer Teri Woog provide the following to counsel for the Defendant and the United States as soon as possible:

1. Reports of polygraph examinations the Defendant participated in on March 29, 2017 and August 10, 2017; and

2. A copy of the Psychosexual Evaluation of Defendant conducted on August 14, 2014 at FCI Englewood.

DATED this 8th day of November, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1